# EXHIBIT A

## List of Unreturned Consigned Artworks

# List of Unreturned Artworks

| # | Artist | Artwork | Value |
|---|--------|---------|-------|
| 1 | Leila Leiz | M.O.M: Mother of Madness #1, pages 4, 9 | $300 |
| 2 | Leila Leiz | M.O.M: Mother of Madness #2, page 1 | $300 |
| 3 | Leila Leiz | M.O.M: Mother of Madness #2, page 3 | $300 |
| 4 | Leila Leiz | M.O.M: Mother of Madness #2, pages 4, 13 | $300 |
| 5 | Leila Leiz | M.O.M: Mother of Madness #2, page 5 | $300 |
| 6 | Leila Leiz | M.O.M. Mother of Madness #2, page 10 | $300 |
| 7 | Leila Leiz | M.O.M.: Mother of Madness #2, pages 16, 17 | $1,100 |
| 8 | Leila Leiz | M.O.M: Mother of Madness #2, page 20 | $450 |
| 9 | Leila Leiz | M.O.M: Mother of Madness #2, page 30 | $450 |
| 10 | Leila Leiz | M.O.M: Mother of Madness #2, page 35 | $400 |
| 11 | Leila Leiz | M.O.M.: Mother of Madness #2, page 36 | $450 |
| 12 | Leila Leiz | M.O.M.: Mother of Madness #2 | $500 |
| 13 | Leila Leiz | Knight Terrors: Catwoman #2 Cover | $2,500 |
| 14 | Leila Leiz | Queen of Swords: A Barbaric Story Cover 2 | $1,500 |
| 16 | Leila Leiz | Queen of Swords: A Barbaric Story Cover 3 | $1,500 |
| 17 | Leila Leiz | The Last Book You'll Ever Read #3, page 1 | $400 |
| 18 | Leila Leiz | The Last Book You'll Ever Read #3, page 20 | $450 |
| 19 | Leila Leiz | The Last Book You'll Ever Read #3 Cover | $1,500 |
| 20 | Leila Leiz | M.O.M.: Mother of Madness Variant Cover | $1,500 |
| 21 | Leila Leiz | The Last Book You'll Ever Read Cover 5 | $1,500 |
| 22 | Leila Leiz | The Last Book You'll Ever Read Cover 6 | $1,500 |
| 23 | Leila Leiz | The Last Book You'll Ever Read Cover 8 | $1,500 |
| 24 | Leila Leiz | Barbaric: Axe to Grind Cover | $1,650 |
| 25 | Leila Leiz | Knight Terrors: Catwoman, page 7 | $600 |
| 26 | Leila Leiz | Knight Terrors: Catwoman, page 9 | $600 |
| 27 | Leila Leiz | Knight Terrors: Catwoman, page 19 | $600 |
| 28 | Leila Leiz | Knight Terrors: Catwoman, page 20 | $600 |
| 29 | Leila Leiz | Knight Terrors: Catwoman, page 14 | $1,000 |
| 30 | Leila Leiz | Knight Terrors: Catwoman, page 11 | $1,000 |
| 31 | Leila Leiz | Knight Terrors: Catwoman, page 22 | $1,000 |
| 32 | Leila Leiz | Knight Terrors: Catwoman Ice Cream | $650 |
| 33 | Leila Leiz | Illustration Knight Terrors: Catwoman 1 | $500 |

| 34 | Leila Leiz | Illustration Knight Terrors: Catwoman 2 | $500 |
| 35 | Leila Leiz | Illustration Knight: Terror Catwoman 3 | $500 |
| 36 | Leila Leiz | Blackcat Illustration | $475 |
| 37 | Leila Leiz | Mother of Madness Sketch Study | $125 |
| 38 | Leila Leiz | Barbaric Cover | $1,750 |
| 39 | Leila Leiz | The Last Book You'll Ever Read #1, page 4 | $400 |
| 40 | Leila Leiz | The Last Book You'll Ever Read #1, pages 6, 7 | $700 |
| 41 | Leila Leiz | The Last Book You'll Ever Read #1, page 9 | $400 |
| 42 | Leila Leiz | Knight Terrors: Catwoman Character Studies | $350 |
| 43 | Leila Leiz | Shock Shop #1 Cover | $1,200 |
| 44 | Elena Casagrande | Spider-Man: A Chemical Romance, page 1 | $102.50 |
| 45 | Elena Casagrande | Ultimate Spider-Man #154, page 5 | $140 |
| 46 | Elena Casagrande | Hulk #49, Page 4 | $123 |
| 47 | Elena Casagrande | Batman Secret Files, page 2 | $212.50 |
| 48 | Elena Casagrande | Batgirl Annual: The Brightest Star in Heaven, page 4 | $164 |
| 49 | Elena Casagrande | Hack/Slash #25, page 1 | $164 |