# EXHIBIT D

## Email Delivery Certificate Re Artists' Demand Letter Dated September 10, 2024

**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | Polina Ivko <polina@adwarivko.com> |
| **Subject** | Demand Letter: Unpaid Amounts and Unreturned Artworks Owed to Artists Previously Represented by Cadence Comic Art and/or Paolo Belfiore |
| **Message ID** | <9962c78f-685d-1609-695f-e87c3fcce507@adwarivko.com> |
| **Delivered on** | 10 Sep, 2024 at 3:24 PM |
| **Delivered to** | <cadencecomicart@gmail.com>, <PaoloArturoBelfiore@hotmail.com>, <swcheppes@aol.com>, <erinbelfiore@live.com>, Robert Bartels <robert@adwarivko.com> |

## Tracking history

- 👁 **Opened** on 10 Feb, 2025 at 11:35 AM by Robert Bartels
- 👁 **Opened** on 11 Nov, 2024 at 7:53 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:56 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:48 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:47 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:46 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 16 Sep, 2024 at 1:10 PM by Robert Bartels
- 👁 **Opened** on 12 Sep, 2024 at 11:54 AM by cadencecomicart@gmail.com
- 👁 **Opened** on 12 Sep, 2024 at 10:23 AM by erinbelfiore@live.com
- 👁 **Opened** on 12 Sep, 2024 at 10:21 AM by erinbelfiore@live.com
- 🖱 **Link visited** on 11 Sep, 2024 at 3:08 PM by erinbelfiore@live.com
- 👁 **Opened** on 11 Sep, 2024 at 3:08 PM by erinbelfiore@live.com
- 👁 **Opened** on 11 Sep, 2024 at 2:43 PM by swcheppes@aol.com
- 👁 **Opened** on 11 Sep, 2024 at 2:34 PM by erinbelfiore@live.com
- 👁 **Opened** on 11 Sep, 2024 at 12:26 AM by Robert Bartels
- 👁 **Opened** on 10 Sep, 2024 at 9:59 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 10 Sep, 2024 at 9:47 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 10 Sep, 2024 at 9:42 PM by cadencecomicart@gmail.com

ℹ/ Mailsuite

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 10 Sep, 2024 at 3:24 PM by Robert Bartels

**Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España