# EXHIBIT E

**Artists' Second Demand Letter Dated**

**November 8, 2024**



Polina Ivko
Direct Dial: (332) 203-3347
Email: *polina@adwarivko.com*

**VIA EMAIL AND FEDEX**

Cadence Comic Art
Attn: Paolo Belfiore
6930 59th Rd
Maspeth, NY 11378-2920
*cadencecomicart@gmail.com*

November 8, 2024

**PRIVILEGED AND CONFIDENTIAL FOR SETTLEMENT PURPOSES ONLY**

**Re: Following up to the Demand Letter Dated September 10, 2024**

Dear Mr. Belfiore:

As previously communicated, our firm represents Becky Cloonan, Jill Thompson, David Marquez, Wesley Craig, Paolo Villanelli, Leila Leiz, Alessandro Cappuccio, Danai Christina Kilaidoni, Elena Casagrande, Valerio Schiti, Mahmud Anjum Asrar, Yildiray Cinar, Rafael Albuquerque, Tyler Crook, Jenny Frison, Pia Guerra, and Joelle Jones (collectively, the "Artists") concerning your ongoing breaches and violations, as detailed in our initial demand letter dated September 10, 2024 ("September Demand Letter," attached as Exhibit A). If you are represented by counsel, please forward this letter to them immediately.

In the September Demand Letter, we outlined specific actions needed to rectify the harm caused by your actions or failures to act as the Artists' previous representative. You were given until September 24, 2024, to respond and an additional month to take corrective actions. To date, you have failed to comply, despite confirmed receipt via FedEx on September 12, 2024 (delivery confirmation attached as Exhibit B) and via email, which you and Ms. Belfiore opened multiple times on September 10, 2024 at 9:42 PM, 9:47 PM, and 9:59 PM, September 11, 2024 at 2:34 PM, 2:43 PM, and 3:08 PM, and September 12, 2024 at 10:21 AM, 10:23 AM, and 11:54 AM, as shown in the email delivery report (attached as Exhibit C).

The Artists have been more than reasonable in waiting for your response. However, the time for patience has passed, and we have been instructed to proceed with legal action if needed. The

**New York City:** 225 W 34th St, Fl 9, New York, New York, 10122 | Tel: +1(332)203-2111
**Rockland County:** 2 Executive Blvd Ste 410, Suffern, New York 10901 | Tel +1 (845) 353-1818

www.adwarivko.com

1

Mr. Paolo Belfiore
November 8, 2024

**ADWAR IVKO**

evidence in our possession supports a strong case, likely resulting in a substantial damages award to our clients. If you fail to appear in court, we will simply obtain a default judgment, and should you fail to satisfy the judgment, we will report your debt to all national credit agencies, such as Experian, TransUnion, and Equifax. This will severely impact your credit standing, making it challenging to rent or purchase property, open bank and credit accounts, obtain other credit, lease or buy vehicles, and even secure employment.

Our clients' preference remains to resolve this matter without protracted litigation. Accordingly, we reassert all demands made in our September Demand Letter, which you are expected to address promptly. Should we not receive a response by the close of business on **November 22, 2024**, we will proceed with filing a formal complaint in New York court.

Please also consider this a reminder of your duty to retain and preserve all records, including handwritten and typed documents and electronically stored information, in your or Cadence Comic Art's possession, custody, or control which may be relevant to the matter discussed in this letter (individually and collectively, the "Relevant Information"). This obligation includes immediately suspending any deletion, overwriting, or other possible destruction or alteration of the Relevant Information. Failure to abide by this request may result in sanctions and fines against you and Cadence.

This letter is not intended to be a complete statement of the facts or law applicable to this matter and is written without prejudice to the legal or equitable rights and/or remedies of our clients, all of which are hereby expressly reserved.

We expect to hear from you by the deadline set forth above. In the event that you do not contact us, we will have no choice but to proceed accordingly.

Cordially,

*Polina Ivko*

Polina Ivko
Partner

Cc: *PaoloArturoBelfiore@hotmail.com*
     *swcheppes@aol.com*
     *Erinbelfiore@live.com*.

2