# EXHIBIT F

**FedEx Delivery Certificate Re Artists' Second Demand Letter Dated November 8, 2024**

July 30, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 779837587578

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | | **Delivery Location:** | |
| **Service type:** | FedEx 2Day AM | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | MASPETH, NY, |
| | | **Delivery date:** | Nov 12, 2024 10:52 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 779837587578 | **Ship Date:** | Nov 8, 2024 |
| | | **Weight:** | |

| Recipient: | Shipper: |
|---|---|
| MASPETH, NY, US, | NEW YORK, NY, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

