# EXHIBIT G

# Email Delivery Certificate Re Artists' Second Demand Letter Dated November 8, 2024

**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | Polina Ivko <polina@adwarivko.com> |
| **Subject** | Demand Letter: Unpaid Amounts and Unreturned Artworks Owed to Artists Previously Represented by Cadence Comic Art and/or Paolo Belfiore |
| **Message ID** | <2b065a74-a9d1-528e-6148-7fe4c62e1c3c@adwarivko.com> |
| **Delivered on** | 8 Nov, 2024 at 5:11 PM |
| **Delivered to** | <cadencecomicart@gmail.com>, <PaoloArturoBelfiore@hotmail.com>, <swcheppes@aol.com>, <erinbelfiore@live.com>, Stephanie Furgang Adwar <stephanie@adwarivko.com>, Robert Bartels <robert@adwarivko.com> |

## Tracking history

- 👁 **Opened** on 10 Feb, 2025 at 11:35 AM by Robert Bartels
- 👁 **Opened** on 25 Nov, 2024 at 6:27 PM by Stephanie Furgang Adwar
- 👁 **Opened** on 13 Nov, 2024 at 1:25 AM by Stephanie Furgang Adwar
- 👁 **Opened** on 11 Nov, 2024 at 7:53 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 9 Nov, 2024 at 4:46 PM by Stephanie Furgang Adwar
- 👁 **Opened** on 9 Nov, 2024 at 12:51 AM by Stephanie Furgang Adwar
- 👁 **Opened** on 8 Nov, 2024 at 6:56 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:48 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:47 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 6:46 PM by cadencecomicart@gmail.com
- 👁 **Opened** on 8 Nov, 2024 at 5:48 PM by Stephanie Furgang Adwar
- 👁 **Opened** on 8 Nov, 2024 at 5:23 PM by Robert Bartels

Mailsuite

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España