# EXHIBIT C

**FedEx Delivery Certificate Re Artists' Demand Letter Dated September 10, 2024**

November 08, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 279339163325

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | MASPETH, NY, |
| | | **Delivery date:** | Sep 12, 2024 09:00 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 279339163325 | **Ship Date:** | Sep 10, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| MASPETH, NY, US, | New York, NY, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

