Paolo Belfiore
6930 59th Road
Maspeth, NY 11378
(347)403-1872
Paoloarturobelfiore@hotmail.com

September 8, 2025

Hon. Judge.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore
Case No. 1:25-cv-6513

Dear Judge:

I am the defendant in the above-referenced case. I respectfully request a 30-day extension of time to respond to the complaint. I was served with the complaint on August 16, 2025, and my current deadline to respond is September 9, 2025.

I am requesting an extension until October 9, 2025, to allow me adequate time to prepare my response. This is my first request for an extension. I have not yet been able to contact the plaintiff's counsel regarding their position on this request.

Thank you for your consideration.

Respectfully,

Paolo Belfiore
Pro Se Defendant

---

**Certificate of Service**

I hereby certify that on September 8, 2025, I mailed a copy of the foregoing letter to:

Polina Ivko
Adwar Ivko
515 Madison Ave, Floor 6, New York, NY 10022

_____
*[signature]*
Paolo Belfiore