

Polina Ivko
Direct Dial: (332) 203-3347
Email: *polina@adwarivko.com*

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street Courtroom 20B
New York, NY 10007

September 8, 2025

> **Re:** *Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore*; **Case No. 1:25-cv-6513**

Dear Judge Rochon:

This firm represents the Plaintiffs in the above-referenced matter. I am writing to address a statement made by Defendant Paolo Belfiore in his letter to the Court dated September 8, 2025, attached hereto as **Exhibit A**. Specifically, Mr. Belfiore stated that he has "not yet been able to contact plaintiffs' counsel regarding their position on this request." Ex. A at 2. This statement does not accurately reflect the communications that have taken place.

On September 2, 2025, Mr. Belfiore emailed me requesting an extension of time to respond to the complaint. I promptly replied to him the same day, asking how long of an extension he was seeking. On September 3, 2025, Mr. Belfiore responded, requesting a 30-day extension. I agreed to this request on the same day and informed him that he must notify the Court of the extension by September 8, 2025.

For clarity, Plaintiffs do not oppose Mr. Belfiore's request for a 30-day extension. However, I wanted to ensure the Court has a complete and accurate understanding of the communications between the parties. To that end, I have attached a copy of the email exchange between Mr. Belfiore and myself as **Exhibit B**.

This letter is consistent with Federal Rules of Civil Procedure, SDNY Local Rules, and Your Honor's Individual Rules of Practice in Civil Cases.

**New York City:** 515 Madison Avenue, Floor 6, New York, New York, 10022 | Tel: +1 (212) 725-1818
**Rockland County:** 2 Executive Blvd Ste 410, Suffern, New York 10901 | Tel +1 (845) 353-1818

**www.adwarivko.com**

Case No. 1:25-cv-6513
September 8, 2025

**ADWAR IVKO**

I thank Your Honor for the Court's time and consideration.

                                                                       Respectfully submitted,

                                                                       /s/Polina Ivko

Cc: Defendants (via mail and Certified Mail)