# EXHIBIT B

**From:** **Polina Ivko** polina@adwarivko.com 
**Subject:** Re: Request for extension to file
**Date:** September 3, 2025 at 5:32 PM
**To:** Paolo Belfiore paoloarturobelfiore@hotmail.com

Dear Mr. Belfiore:

That is fine; we will not object to a thirty-day extension of time to file your response so that you can find representation. You better file your request with the judge soon as you have until Monday, September 8, 2025, to respond.

Best,
PI

On Wed, Sep 3, 2025 at 4:20 PM Paolo Belfiore <paoloarturobelfiore@hotmail.com> wrote:

Dear Ms. Ivko.

My request is 30 days, which I believe is standard.

Any additional questions I can address with representation once selected.

Thank you for you quick response.

Regards,

Paolo Belfiore

---

**From:** Polina Ivko <polina@adwarivko.com>
**Sent:** Tuesday, September 2, 2025 4:15:27 PM
**To:** Paolo Belfiore <paoloarturobelfiore@hotmail.com>
**Subject:** Re: Request for extension to file

Dear Mr. Belfiore,

Thank you for reaching out. Please specify how much additional time you are requesting. Please note that you will need to address this with the judge, as she has the authority for approval. I can simply object or not object to your request.

Additionally, if you are interested in settling this matter without a trial, you are welcome to send an offer to my clients for their consideration.

Best,
PI

On Tue, Sep 2, 2025 at 4:10 PM Paolo Belfiore <paoloarturobelfiore@hotmail.com> wrote:
Greetings Ms. Polina Ivko

My name is Paolo Belfiore. I was recently served with a suit brought by some of your clients.

I am writing to request an extension to file, as I am in the process of obtaining an attorney. The additional time would be greatly appreciated.

You may have received a voice-mail about the request as well.

Regards,

Paolo Belfiore

--
**Polina Ivko**
**Partner**

**ADWAR IVKO**

**515 Madison Avenue**
**Floor 6**
**New York, NY 10022**
**Direct: (332)203-3347**
**www.adwarivko.com**
**Chambers 2025**
**Super Lawyers 2021-25, IP & Entertainment**

**1. NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way.**

**2. NOTICE: NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.**

--
**Polina Ivko**
**Partner**

**ADWAR** IVKO

**515 Madison Avenue**
**Floor 6**
**New York, NY 10022**
**Direct: (332)203-3347**
**www.adwarivko.com**
**Chambers 2025**
**Super Lawyers 2021-25, IP & Entertainment**

**1. NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way.**

**2. NOTICE: NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.**