# UNITED STATES DISTRICT COURT

## *SOUTHERN DISTRICT OF NEW YORK*

Becky Cloonan, David Marquez, Wesley Craig, et al.,
Plaintiffs,
v.
Paolo Belfiore and Cadence Comic Art Inc.
Defendant.
Case No.: 1:25-cv-6513

## ANSWER TO COMPLAINT

Defendant Paolo Belfiore, appearing pro se, respectfully submits this Answer to the Complaint filed by Plaintiffs Becky Cloonan, David Marquez, Wesley Craig, Paolo Villanelli, Leila Leiz, Alessandro Cappuccio, Danai Christina Kilaidoni, Elena Casagrande, Valerio Schiti, Mahmud Anjum Asrar, Joelle Jones, Yildiray Cinar, Rafael Albuquerque, Tyler Crook, Jenny Frison, Pia Guerra and Jill Thompson, and states as follows:

### 1. Responses to Allegations

Defendant responds to the numbered paragraphs of the Complaint as follows:

1. Defendant admits the allegations in paragraphs **4-24** of the Complaint.

Defendant admits the allegations in paragraphs **26-27** of the Complaint

2. Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraphs **1-3** of the Complaint and therefore denies them.

Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraph **25** of the Complaint and therefore denies them.

Defendant lacks sufficient knowledge or information to admit or deny the allegations in paragraphs **28 - 79** of the Complaint and therefore denies them.

RECEIVED
SDNY PRO SE OFFICE
2025 OCT -7 PM 3:26

(Continue this format until you have responded to each paragraph of the Complaint.)

Respectfully submitted,

Date: 10/7/25

Signature: _____

Printed Name: Paolo Belfiore

Address: 69-30 59th Road

City, State ZIP: Maspeth, NY 11378

Telephone: (347)403-1872

Email: paoloarturobelfiore@hotmail.com

Defendant, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a copy of the foregoing Answer to Complaint by [U.S. Mail / electronic mail] upon:

Plaintiff's or Plaintiffs' Attorney Name: Polina Ivko, Esq.

Address or Email: 515 Madison Ave, Floor 6, New York, NY 10022

Date: 10/7/25

Signature: _____

Printed Name: Paolo Belfiore