# EXHIBIT A

Polina Ivko <polina@adwarivko.com>

## Time Sensitive: Mandatory Joint Letter in Case No. 1:25-cv-6513-JLR

**Polina Ivko** <polina@adwarivko.com>  Thu, Nov 6, 2025 at 12:34 PM
To: Paolo Belfiore <paoloarturobelfiore@hotmail.com>

Dear Mr. Belfiore,

I don't know where you are sending mail. T ensure your mailings arrive, please address them to "Adwar & Ivko, Attn: Polina Ivko" at 515 Madison Avenue, Floor 6, New York, NY 10022.

However, for faster communication, I recommend sending any documents or correspondence via email.

I will be submitting the letter tomorrow around 3:00 pm ET.

Best,
PI

> On Thu, Nov 6, 2025 at 11:21 AM Paolo Belfiore <paoloarturobelfiore@hotmail.com> wrote:
>
>> I meant Madison Ave. Thank you.
>>
>> **From:** Paolo Belfiore <paoloarturobelfiore@hotmail.com>
>> **Sent:** Thursday, November 6, 2025 11:20:15 AM
>> **To:** Polina Ivko <polina@adwarivko.com>
>> **Subject:** Re: Time Sensitive: Mandatory Joint Letter in Case No. 1:25-cv-6513-JLR
>>
>> Thank you. I will review and respond prior.
>>
>> Also, is there a better shipping address than the 6th Ave office address? Both documents I submitted were sent via certified mail and were returned.
>>
>> Best regards,
>>
>> Paolo Belfiore
>>
>> **From:** Polina Ivko <polina@adwarivko.com>
>> **Sent:** Wednesday, November 5, 2025 7:48:57 PM
>> **To:** Paolo Belfiore <paoloarturobelfiore@hotmail.com>
>> **Subject:** Re: Time Sensitive: Mandatory Joint Letter in Case No. 1:25-cv-6513-JLR
>>
>> Correction: it is due on Saturday, November 8, 2025. So, I will be submitting it by 4:00 pm ET on Friday, November 7, 2025 due to a scheduling conflict.
>>
>> Cordially,
>> PI
>>
>> On Wed, Nov 5, 2025 at 7:44 PM Polina Ivko <polina@adwarivko.com> wrote:
>>
>>> Dear Mr. Belfiore and Cadence Comic Art, Inc.:

As you are aware, Judge Rochon has directed the parties to file a joint letter addressing, among other things, the nature of the action, proposed deadlines, and other required information, in the above captioned case.

Attached is Plaintiffs' draft of the joint letter. Please review it and advise whether you wish to propose any edits by the end of the day on Thursday, November 6, 2025. If agreeable to the Plaintiffs, I will incorporate any timely feedback on Friday, November 7, 2025, so that the final version may be submitted on schedule. Please note that my office is closed on weekends.

If I do not hear from you by that time, I will proceed to file the letter in its current form and will explain the circumstances to the Court. As a reminder, this submission is mandatory and is due Monday, November 10, 2025, in accordance with Judge Rochon's order.

Thank you for your attention to this matter.
Cordially,
--
**Polina Ivko**
**Partner**

**ADWAR IVKO**

**515 Madison Avenue**
**Floor 6**
**New York, NY 10022**
**Direct: (332)203-3347**
**www.adwarivko.com**
**Chambers 2025**
**Super Lawyers 2021-25, IP & Entertainment**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

1. NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way.

2. NOTICE: NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.

--
**Polina Ivko**
**Partner**

**ADWAR IVKO**

**515 Madison Avenue**
**Floor 6**
**New York, NY 10022**
**Direct: (332)203-3347**
**www.adwarivko.com**
**Chambers 2025**
**Super Lawyers 2021-25, IP & Entertainment**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

1. **NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way.**

2. **NOTICE: NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.**

--
**Polina Ivko
Partner**



**515 Madison Avenue
Floor 6
New York, NY 10022
Direct: (332)203-3347
www.adwarivko.com
Chambers 2025
Super Lawyers 2021-25, IP & Entertainment
_____**

1. **NOTICE: This email and all attachments are CONFIDENTIAL and intended SOLELY for the recipients as identified in the "To," "Cc" and "Bcc" lines of this email. If you are not an intended recipient, your receipt of this email and its attachments is the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply. Pursuant to those rights and privileges, immediately DELETE and DESTROY all copies of the email and its attachments, in whatever form, and immediately NOTIFY the sender of your receipt of this email. DO NOT review, copy, forward, or rely on the email and its attachments in any way.**

2. **NOTICE: NO DUTIES ARE ASSUMED, INTENDED, OR CREATED BY THIS COMMUNICATION. If you have not executed a fee contract or an engagement letter, this firm does NOT represent you as your attorney. You are encouraged to retain counsel of your choice if you desire to do so. All rights of the sender for violations of the confidentiality and privileges applicable to this email and any attachments are expressly reserved.**