UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BECKY CLOONAN, ET AL.,

                              Plaintiffs,

              -against-

CADENCE COMIC ART INC, ET AL.,

                              Defendants.

Case No. 1:25-cv-06513 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

The parties are HEREBY ORDERED to file a proposed Civil Case Management Plan

and Scheduling Order by **November 14, 2025**, in accordance with Paragraph 2.D of the Court's

Individual Rules and Practices.

Dated: November 10, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge