

Polina Ivko
Direct Dial: (332) 203-3347
Email: *polina@adwarivko.com*

Via ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street Courtroom 20B
New York, NY 10007

> Request GRANTED. The initial pretrial conference scheduled for November 18, 2025 is ADJOURNED and rescheduled for **December 9, 2025** at **2:00 pm.**
>
> **SO ORDERED.** Date: November 13, 2025
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

November 12, 2025

    **Re:**   ***Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore***, Case No. 1:25-cv-6513-JLR
           First Letter Motion Requesting Extension of Time and Adjournment

Dear Judge Rochon:

I represent Plaintiffs in the above-referenced matter. I am writing to respectfully request an extension of the current deadlines set by the Court and an adjournment of the forthcoming hearing. This request is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and is necessary to allow the parties additional time to finalize settlement arrangements. This request is consistent with Rules 1.A., 1.F., and 3.H. of Your Honor's Individual Practices and the Court's Local Rules.

The Parties met via Zoom today at approximately 2:00 P.M. E.T. to discuss a potential settlement. Progress was made during this meeting, and the Parties have agreed to an informal exchange of information and discussed potential settlement structures. Additional time is required to complete this exchange of information and work on settlement terms.

Pursuant to the Court's Order, dated November 10, 2025, the Parties are required to submit a proposed Civil Case Management Plan and Scheduling Order by November 14, 2025. Plaintiffs respectfully request an extension of this deadline to December 8, 2025. Additionally, there is an Initial Pre-Trial Conference currently scheduled for 10:30 am on November 18, 2025. Plaintiffs request that this Conference be adjourned to one of the following dates: **December 9, 10, 11, or 12, 2025**, subject to the Court's availability. The undersigned will be away from December 15, 2025 to January 1, 2026, first on business and then to see family out of state for the holidays.

Plaintiffs have not previously made any similar requests. Plaintiffs conferred with Defendants regarding this request, and Defendants consent to the proposed extensions and adjournment (per their signed consent on page 3 below). No other deadlines exist at present. Discovery has not yet commenced.

---

**New York City:** 515 Madison Avenue, Floor 6, New York, New York, 10022 | Tel: +1 (332) 203-3347
**Rockland County:** 2 Executive Blvd Ste 410, Suffern, New York 10901 | Tel +1 (845) 353-1818
www.adwarivko.com

**ADWAR IVKO**

Case No. 1:25-cv-6513-JLR

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/Polina Ivko

Cc: Defendants (via ECF and email)

ADWAR IVKO

Case No. 1:25-cv-6513-JLR

### DEFENDATS' CONSENT

I, Paolo Belfiore, hereby acknowledge on behalf of myself and Cadence Comic Art, Inc. (as its sole member) that I have reviewed the above letter motion made by Plaintiffs in Case No. 1:25-cv-6513-JLR dated November 12, 2025, requesting an extension of current deadlines and an adjournment of the forthcoming pre-trial conference. I confirm that Defendants have no objection to the relief sought in the Plaintiffs' letter motion.

Dated: November 12, 2025

Acknowledged and Agreed:

*Paolo Belfiore*
DocuSigned by: 266650AF7D6145D...

Paolo Belfiore
On Behalf of Self and
Cadence Comic Art, Inc.