

Polina Ivko  
Direct Dial: (332) 203-3347  
Email: *polina@adwarivko.com*

Via ECF

Hon. Jennifer L. Rochon  
United States District Court  
Southern District of New York  
500 Pearl Street Courtroom 20B  
New York, NY 10007

December 8, 2025

  Re: ***Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore***, **Case No. 1:25-cv-6513-JLR**  
    **Second Letter Motion Requesting Adjournment of Pre Trial Conference**

Dear Judge Rochon:

I represent Plaintiffs in the above-referenced matter. I am writing to respectfully request an adjournment of the forthcoming hearing. This request is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and is necessary to allow the parties additional time to finalize settlement arrangements. This request is consistent with Rules 1.A., 1.F., and 3.H. of Your Honor's Individual Practices and the Court's Local Rules.

The Parties are still in the process of discussing a potential settlement and have commenced informal exchange of information to facilitate the same. Progress was made but additional time is required to complete this exchange of information and work out settlement terms.

Pursuant to the Court's Order, dated November 13, 2025, the Parties are required to attend an Initial Pre-Trial Conference currently scheduled for 2:00 PM on December 9, 2025. Plaintiffs request that this Conference be adjourned to one of the following dates: **January 13, 14, 15, or 16, 2025**, subject to the Court's availability.

Pursuant to the Court's Order, dated December 5, 2025, the Parties are also required to submit a proposed Civil Case Management Plan and Scheduling Order immediately. To avoid confusion, this will be filed separately today.

Plaintiffs have previously made a similar request only once on November 12, 2025. Plaintiffs conferred with Defendants regarding this request, and Defendants consent to the proposed extensions and adjournment. No other deadlines exist at present. Discovery has not yet commenced.

---

**ADWAR** IVKO

2 of 2

Case No. 1:25-cv-6513-JLR

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/Polina Ivko

Cc: Defendants (via ECF and email)