

Polina Ivko  
Direct Dial: (332) 203-3347  
Email: *polina@adwarivko.com*

Via ECF

Hon. Jennifer L. Rochon  
United States District Court  
Southern District of New York  
500 Pearl Street Courtroom 20B  
New York, NY 10007

January 13, 2026

    Re:    ***Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore***, **Case No. 1:25-cv-6513-JLR**
**URGENT LETTER MOTION Reporting Settlement and Requesting 30-Day Order (Vacating January 14, 2026 Conference)**

Dear Judge Rochon:

I represent Plaintiffs in the above-referenced matter. We write to respectfully inform the Court that the parties have reached a full and final settlement in principle resolving all claims in this matter. This request is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and is necessary to allow the parties additional time to finalize the execution of settlement documents. This request is consistent with Rules 1.A., 1.F., and 3.H. of Your Honor's Individual Practices and the Court's Local Rules. Please note that because the parties request a conditional order of dismissal, we have not provided alternative dates for the conference as typically required by Rule 3.H.

We are pleased to report that all Defendants executed the Settlement Agreement and Release earlier today, January 13, 2026. However, finalizing the full package of settlement documents requires additional time due to logistical complexities. Specifically, we are currently coordinating countersignatures from the 17 individual Plaintiffs, who are located in multiple countries across various time zones. Additionally, while the Defendants have agreed to execute a Confession of Judgment for a sum certain as part of this resolution, that document is currently in the process of being signed and notarized.

We are mindful of the Court's December 8, 2025 Order stating that the parties should not expect further adjournments of the Initial Pretrial Conference scheduled for **tomorrow, January 14, 2026, at 11:00 a.m.** However, because the Defendants have already signed the primary agreement and the litigation is effectively concluded, we respectfully submit that a conference is no longer necessary.

Accordingly, to conserve judicial resources and avoid an unnecessary appearance, the parties respectfully request that the Court:

ADWAR IVKO

Case No. 1:25-cv-6513-JLR

1. Adjourn the January 14, 2026 conference *sine die*; and
2. Issue an Order, dismissing the case without prejudice to reopening within **30 days of this letter (namely, by February 12, 2026)** if the settlement is not consummated.

While Plaintiffs have previously made requests for adjournment, they have not made any requests for a conditional order of dismissal. Plaintiffs conferred with Defendants regarding this request, and Defendants consent to this request. No other deadlines exist at present. Discovery has not yet commenced.

We thank the Court for its time and consideration of this request.

Respectfully submitted,<br>/s/Polina Ivko

Cc: Defendants (via ECF and email)