

Polina Ivko
Direct Dial: (332) 203-3347
Email: *polina@adwarivko.com*

**Via ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street Courtroom 20B
New York, NY 10007

February 10, 2026

Re:   *Becky Cloonan, David Marquez, Wesley Craig, et al. v. Cadence Comic Art, Inc. and Paolo Belfiore*, Case No. 1:25-cv-6513-JLR

**Letter Motion to Reopen Action and for Entry of So-Ordered Settlement Agreement and Confession of Judgment**

Dear Judge Rochon:

I represent Plaintiffs in the above-referenced matter. Pursuant to Paragraph 1.A of the Court's Individual Rules, and the Court's January 13, 2026 Order (ECF No. 21) ("Court's Dismissal Order"), Plaintiffs respectfully move to (1) reopen this action; (2) so order the Parties' Settlement Agreement and Release ("Settlement Agreement"), which is attached hereto as Exhibit A and retain jurisdiction to enforce it; and (3) so order entry of Defendants' Confession of Judgment, which is attached hereto as Exhibit B.

Reopening is procedurally required as the Court dismissed the action conditionally and without prejudice to reopening within thirty (30) days and expressly directed that any application to reopen be filed by February 12, 2026. Court's Dismissal Order, ECF No. 21, at 1. Plaintiffs therefore request that the action be reopened for the limited purpose of entering the requested orders and retaining enforcement jurisdiction.

The Court invited a so-ordered settlement agreement if the Parties seek retained jurisdiction, and the Settlement Agreement itself contemplates public filing for that purpose. The Court's Dismissal Order states that if the parties wish the Court to retain jurisdiction to enforce the settlement agreement, they "must submit the settlement agreement to the Court by the deadline to reopen to be 'so ordered,'" and, consistent with the Court's Individual Rules, "the Court will not retain jurisdiction" unless the agreement is made part of the public record. *Id.*; Individual Rules § 4.C.

**ADWAR IVKO**

Case No. 1:25-cv-6513-JLR

The Settlement Agreement reflects that directive and provides that the Parties seek retained jurisdiction and therefore agree the Settlement Agreement may be filed publicly. Ex. A § 8.

Entry of the Confession of Judgment is a material term of the Settlement Agreement and is expressly authorized by the executed instrument. The Settlement Agreement makes execution and Court entry of a Confession of Judgment a material condition precedent and further provides that Defendants "irrevocably consent" to entry and waive objections to enforceability. Ex. A § 1(a); see also Ex. B at 1. The executed Confession of Judgment authorizes entry of judgment in this Court, jointly and severally, and confesses judgment in the amount of $550,000. Ex. B at 1.

Attached to this letter motion, as required by Paragraph 3.P of the Individual Rules, are proposed orders for the Court's endorsement (including an order reopening the action and an order so-ordering the Settlement Agreement and Confession of Judgment). Plaintiffs also submit the Settlement Agreement on the public docket consistent with the Court's rules and Court's Dismissal Order.

Plaintiffs have conferred with Defendants regarding this application. Defendants do not oppose.

We thank the Court for its time and consideration of this request.

Respectfully submitted,
/s/Polina Ivko

Cc: Defendants (via ECF and email)