UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BECKY CLOONAN, et al., | | Index No. 1:25-cv-06513 (JLR) |
| Plaintiffs | | |
| -against- | | **[PROPOSED] ORDER REOPENING ACTION AND SO-ORDERING SETTLEMENT AGREEMENT** |
| CADENCE COMIC ART INC., et al., | | |
| Defendants. | | |

JENNIFER L. ROCHON, United States District Judge:

Upon the unopposed Letter Motion of Plaintiffs to reopen this action, so-order the Parties' Settlement Agreement and Release, and retain jurisdiction to enforce the Settlement Agreement and Release, and for good cause shown, it is hereby:

ORDERED that the action is REOPENED; and it is further

ORDERED that the Parties' Settlement Agreement and Release is SO-ORDERED and incorporated herein by reference; and it is further

ORDERED that the Court shall retain jurisdiction to enforce the Settlement Agreement and Release and to adjudicate any application concerning compliance with and enforcement of the Settlement Agreement and Release, including entry and enforcement of the Confession of Judgment referenced therein; and it is further

ORDERED that the Clerk of Court is directed to re-open the case on the docket and terminate ECF No. 21 for statistical purposes only.

Dated: _____

      New York, New York

SO ORDERED.

_____

JENNIFER L. ROCHON

United States District Judge