UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BECKY CLOONAN, et al.,                                    Index No. 1:25-cv-06513 (JLR)

                                        Plaintiffs

                                                         **[PROPOSED] ORDER SO-ORDERING**
                          -against-                      **CONFESSION OF JUDGMENT AND**
                                                         **DIRECTING ENTRY OF JUDGMENT**
CADENCE COMIC ART INC., et al.,

                                        Defendants.


JENNIFER L. ROCHON, United States District Judge:

Upon unopposed Letter Motion of Plaintiffs, and for good cause shown, it is hereby:

ORDERED that Defendants' executed Confession of Judgment is SO-ORDERED; and it is further

ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants
Cadence Comic Art, Inc. and Paolo Belfiore, jointly and severally, in the principal amount of $550,000,
with such post-judgment interest as may accrue pursuant to 28 U.S.C. § 1961; and it is further

ORDERED that the Court shall retain jurisdiction to enforce the judgment.

Dated: _____

        New York, New York

                                                         SO ORDERED.

                                                         _____

                                                         JENNIFER L. ROCHON

                                                         United States District Judge