**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | |
|---|---|
| Becky Cloonan, | Case No. 1:25-cv-06513 (JLR) |
| David Marquez, | : |
| Wesley Craig, | |
| Paolo Villanelli, | |
| Leila Leiz, | : |
| Alessandro Cappuccio, | |
| Danai Christina Kilaidoni, | |
| Elena Casagrande, | : |
| Valerio Schiti, | |
| Mahmud Anjum Asrar, | |
| Joelle Jones, | : |
| Yildiray Cinar, | |
| Rafael Albuquerque, | |
| Tyler Crook, | : |
| Jenny Frison, | |
| Pia Guerra, and | |
| Jill Thompson, | : |

                          Plaintiffs,           :

           -against-          :

Cadence Comic Art Inc and
Paolo Belfiore,                     :

                     Defendants         
                                        :

-----------------------------------------------------------------------x

## CONFESSION OF JUDGMENT

WHEREAS, Cadence Comic Art, Inc. ("Cadence"), and Paolo Belfiore ("Belfiore") (collectively referred to as "Defendants") do affirm that:

1.     Defendant Cadence Comic Art, Inc. is a corporation of the State of New York having a principal place of business at 69-30 59th Road, Maspeth, New York 11378.

2.     Defendant Paolo Belfiore is an individual and is a managing member of Cadence, with an address located at 69-30 59th Road, Maspeth, New York 11378.

1

3.    The Defendants authorize the entry of a judgment herein in the United States District Court, Southern District of New York, jointly and severally against them.

4.    The Defendants confess judgment, pursuant to Fed R. Civ. P. 54 and C.P.L.R. §3218 in the amount, and have agreed to pay the sum, of Five Hundred-Fifty Thousand U.S. Dollars ($550,000.00) upon execution of the Settlement Agreement, in monthly payments starting on the first of the month after the Effective Date of the Settlement Agreement (defined below), January 14, 2026, in monthly payments of no less than Three-Hundred Fifty U.S. Dollars ($350.00) Dollars, due on the first of each month. Time of each payment is the essence of the Settlement Agreement. Larger payments may be made and credited accordingly.

5.    In the event that a payment is not made as indicated above, the Defendants will be deemed to be in breach of this Confession of Judgment. If the Defendants do not make timely payments, they hereby authorize Plaintiffs, its officers, directors, partners, members, shareholders, agents, attorneys, insurers, representatives, successors, and assigns, to enter judgment therefor against the Defendants.

6.    This confession of judgment is for a debt due by the Defendants to Plaintiffs which arises from the following facts: An action was commenced by Plaintiffs against Defendants in the United States District Court, Southern District of New York, identified by 1:25-cv-06513 (the "Lawsuit") on August 12, 2025. Plaintiffs alleged in the Lawsuit, certain claims against the Defendants, including, *inter alia*, claims related to breach of fiduciary duty and misappropriation of funds related to various artworks created and owned by the respective Plaintiffs and consigned to Defendants.

7.    The Defendants answered on October 7, 2025.

8.    Plaintiffs and the Defendants amicably resolved the within matter and executed an

2

Agreement of Settlement dated January 14, 2025 ("Settlement Agreement"). As a term of settlement, the Defendants agreed to make payments totaling Five Hundred-Fifty Thousand U.S. Dollars ($550,000.00) in installments.

9.    At this time no money has been paid toward the total sum due. Therefore, the undersigned Defendants confirm that they are indebted to Plaintiffs in the total sum of Five Hundred-Fifty Thousand U.S. Dollars ($550,000.00) less any payments made in accordance with the Settlement Agreement.

10.    This confession of judgment is not for the purpose of securing Plaintiffs against a contingent liability, and is not an installment loan with the prohibition of C.P.L.R. § 3201.

11.    Plaintiffs may file this judgment by attaching to this affidavit, its affidavit as to the amount of payments received by it.

Date:    February 24, 2026
New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

**ACCEPTED AND AGREED:**

**DEFENDANTS**

By: _____
Paolo Belfiore on Behalf of
Cadence Comic Art Inc

Title: Owner (Sole Proprietor)

Date: _1 / 20 / 26_

By: _____
Paolo Belfiore on Behalf of Self

Date: _1 / 20 / 26_

Sworn to before me
on 1/20/2026

_M. Cilczuk_

MARCIN LUKASZ CHILCZUK
NOTARY PUBLIC, State of New York
NO. 01CH6371241
Qualified in Queens County
Commission Expires _03/29/26_

**PLAINTIFFS**

By: _____
Becky Cloonan

Date: 1/21/2026 | 12:32 PM PST

By: _____
Paolo Villanelli

Date: :   1/21/2026 | 1:47 PM PST

3

By: _____
David Marquez

Date: : _1/22/2026 | 12:42 PM PST_

By: _____
Wesley Craig

Date: : _1/22/2026 | 7:55 AM PST_

By: _____
Danai Christina Kilaidoni

Date: _1/21/2026 | 12:17 AM PST_

By: _____
Valerio Schiti

Date: _1/21/2026 | 2:20 PM PST_

By: _____
Joelle Jones

Date: : _1/23/2026 | 4:33 PM PST_

By: _____
Rafael Albuquerque

Date: : _1/23/2026 | 5:11 PM PST_

By: _____
Jenny Frison

By: _____
Leila Leiz

Date: _1/21/2026 | 11:56 PM PST_

By: _____
Alessandro Cappuccio

Date: _1/21/2026 | 1:12 PM PST_

By: _____
Elena Casagrande

Date: _1/21/2026 | 12:01 AM PST_

By: _____
Mahmud Anjum Asrar

Date: _1/20/2026 | 11:41 PM PST_

By: _____
Yildiray Cinar

Date: : _1/20/2026 | 3:46 PM PST_

By: _____
Tyler Crook

Date: : _1/23/2026 | 5:17 PM PST_

By: _____
Pia Guerra

4

Date: : _____1/21/2026 | 1:03 PM PST_____          Date: : _____1/20/2026 | 3:11 PM PST_____

By: _____

Jill Thompson

Date: : ____1/22/2026 | 5:44 PM PST____

5

STATE OF NEW YORK    )ss:
COUNTY OF _Queens_    )

On the _20_ day of _January_, 20_26_, before me, the undersigned, personally known to me or proved to me on the basis of satisfactory evidence to be **Paolo Belfiore**, and whose name is subscribed to the within instrument and acknowledged to me that said he executed the same in his capacity as principal of **Cadence Comic Art Inc**, and that by his signature on the instrument, executed the instrument.

_____
Notary Public

MARCIN LUKASZ CHILCZUK
NOTARY PUBLIC, State of New York
NO. 01CH6371241
Qualified in Queens County
Commission Expires _03/29/26_

6

Text

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __21st__ day of ___January___, 20_26_, before me, the undersigned, personally appeared **Becky Cloonan**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

Text

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __21st__ day of ___January___, 20_26_, before me, the undersigned, personally appeared **Paolo Villanelli**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __22nd__ day of ___January___, 20_26_, before me, the undersigned, personally appeared **David Marquez**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __21st__ day of __January____, 20__26__, before me, the undersigned, personally appeared **Leila Leiz**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __22nd__ day of __January____, 20__26__, before me, the undersigned, personally appeared **Wesley Craig**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __21st___ day of ___January____, 20__26__, before me, the undersigned, personally appeared **Alessandro Cappuccio**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

8

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 21st__ day of __January____, 20 26_, before me, the undersigned, personally appeared **Danai Christina Kilaidoni**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 21st__ day of __January____, 20 26_, before me, the undersigned, personally appeared **Elena Casagrande**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 21st__ day of __January____, 20 26_, before me, the undersigned, personally appeared **Valerio Schiti**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

9

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __20th__ day of __January__, 20_26_, before me, the undersigned, personally appeared **Mahmud Anjum Asrar**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County, State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __23rd__ day of __January__, 20_26_, before me, the undersigned, personally appeared **Joelle Jones**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County, State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __20th__ day of __January__, 20 _26_, before me, the undersigned, personally appeared **Yildiray Cinar**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County, State of New York
> Comm. Exp. 02-06-2030

10

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 23rd____ day of ___January_____, 20 26__, before me, the undersigned, personally appeared **Rafael Albuquerque**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

Polina Ivko
Notary Public
No. 02IV0046514
Qualified in New York County,
State of New York
Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 23rd__ day of January_____, 20 26_, before me, the undersigned, personally appeared **Tyler Crook**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

Polina Ivko
Notary Public
No. 02IV0046514
Qualified in New York County,
State of New York
Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the 21st__ day of ___January_____, 2026___, before me, the undersigned, personally appeared **Jenny Frison**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

Polina Ivko
Notary Public
No. 02IV0046514
Qualified in New York County,
State of New York
Comm. Exp. 02-06-2030

11

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK


On the __20th__ day of ___January___, 20_26_, before me, the undersigned, personally appeared **Pia Guerra**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

STATE OF NEW YORK    ) ss:
COUNTY OF NEW YORK

On the __22nd__ day of ___January___, 20_26_, before me, the undersigned, personally appeared **Jill Thompson**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument this individual executed the instrument.

_____
Notary Public

> Polina Ivko
> Notary Public
> No. 02IV0046514
> Qualified in New York County,
> State of New York
> Comm. Exp. 02-06-2030

12